COURT OF APPEALS OF VIRGINIA

Present: Chief Judge Moon, Senior Judges Cole and Duff

BOK DUK KIM

v. Record No. 2020-95-4          MEMORANDUM OPINION[*]
                                    PER CURIAM
CASH FLEX                                 MARCH 12, 1996
AND
LUMBERMEN'S MUTUAL CASUALTY COMPANY

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Bok Duk Kim, pro se, on brief).

(Michael L. Zimmerman; Brault, Palmer, Grove, Zimmerman, White & Mims, on brief), for appellees.

Bok Duk Kim appeals a decision of the Workers' Compensation Commission dismissing her application alleging an occupational disease. Upon reviewing the record and the briefs of the parties, we conclude that this appeal is without merit. Accordingly, we summarily affirm the commission's decision. Rule 5A:27.

This appeal is controlled by the Supreme Court's decision in The Stenrich Group v. Jemmott, ___ Va. ___, ___, ___ S.E.2d ___, ___ (1996) (holding that "job-related impairments resulting from cumulative trauma caused by repetitive motion, however labeled or however defined, are, as a matter of law, not compensable under the present provisions of the Act").

Accordingly, we affirm the commission's decision

---

[*]Pursuant to Code § 17-116.010 this opinion is not designated for publication.

<u>Affirmed</u>.